UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

ROBERT CENEDELLA, on behalf of himself
and a class of other similarly situated,

                Plaintiffs,

                                        **Index No.: 18-CV-1029**
                                        **AFFIDAVIT OF SERVICE**

      -against-

METROPOLITAN MUSEUM OF ART,
WHITNEY MUSEUM OF AMERICAN ART,
MUSEUM OF MODERN ART. SOLOMON R.
GUGGENHEIM MUSEUM, and NEW
MUSEUM OF CONTEMPORARY ART,

                Defendants.
_____X

STATE OF NEW YORK     :    )

COUNTY OF NEW YORK   :    )

NKOSANE CURTIS, being duly sworn, deposes and says:

1. That I am over eighteen years of age and am not a party to the above entitled action.

2. That on the 2ND day of March 2018, at approximately 1:15 PM, I served a true copy of the, SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND FOR JURY TRIAL, ELECTRONIC CASE FILING RULES AND INSTRUCTIONS, AND INDIVIDUAL PRACTICES OF JUDGE JOHN. G. KOELTL in the above-referenced action upon METROPOLITAN MUSEUM OF ART.

3. That on the 2ND day of March 2018, at approximately 1:15 PM, that such service was made through personal service, by hand delivering a true copy of the SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND FOR JURY TRIAL, ELECTRONIC CASE FILING RULES AND INSTRUCTIONS, AND INDIVIDUAL PRACTICES OF JUDGE JOHN. G. KOELTL upon METROPOLITAN MUSEUM OF ART at their place of business at 1000 Fifth Avenue, New York, New York 10028.

4. That the person at the premises who accepted delivery was the front desk receptionist a Asian female, 5 feet 4 inches tall, approximately 130lbs, wearing a navy blue sweater, black skirt, and had long black hair, and stated that the personal service documents would be properly delivered to correct personnel.

Dated: New York, New York
       March 6, 2018

_____
NKOSANE CURTIS

Sworn to Before Me This
6th Day of March 2018

_____
Notary Public

[Notary Seal: ARSHAN ABID, Comm. Exp. 08/31/2019, NOTARY PUBLIC, Comm. No. 01AB6329890, KINGS COUNTY, STATE OF NEW YORK]